BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In re Prospect Mortgage LLC Wage and Hour Litigation      MDL-_____

MOTION OF PROSPECT MORTGAGE, LLC FOR TRANSFER OF ACTIONS
PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED
PRETRIAL PROCEEDINGS

Prospect Mortgage, LLC ("Prospect"), as the named Defendant in Case No. 1:13cv3004, pending before the United States District Court for the Northern District of Illinois, and the 36 other actions in the attached Schedule of Actions, respectively moves this Panel, pursuant to 28 U.S.C. § 1407, to transfer the pending cases, as well as any other cases that may subsequently be filed asserting similar or related claims, to the Northern District of Illinois for coordinated or consolidated pretrial proceedings. In support of its motion, Prospect states the following:

1.  The 37 pending actions for which transfer for coordinated or consolidated pretrial proceedings are proposed are brought by 243 individuals, who are all current or former Mortgage Loan Officers ("MLOs") for Prospect. *See* Docket Sheets and Amended Complaints, attached as Exhibits 1-37.

2.  Each of these 243 Plaintiffs were opt-in plaintiffs in a single, prior action, *Sliger, et al. v. Prospect Mortgage, LLC, et al.*, Case No. 2:11-CV-00465-LKK-EFB (E.D. Cal.) *See* (Declaration of Brandon R. McKelvey ¶¶ 3-4; hereinafter, "McKelvey Decl. ¶ __"), attached as Exhibit 38. In *Sliger*, the plaintiffs chose not to seek ultimate certification of the conditionally certified collective action or class action treatment pursuant to Rule 23 of the Federal Rules of Civil Procedure. (*Id.* ¶ 3.) Instead, the plaintiffs stipulated to decertification of the collective action and the named plaintiffs resolved their claims on an individual basis. (*Id.*) As a result, hundreds of individuals who had consented to join *Sliger* were no longer party plaintiffs to that

action, and were free to pursue their own claims. The cases in the Schedule of Actions consist of those opt-in plaintiffs who made that election. (McKelvey Decl. ¶ 4.)

3. The actions listed in the Schedule of Actions are premised on Prospect's alleged misclassification of its Mortgage Loan Officers as exempt employees under the Fair Labor Standards Act and, if applicable, analogous state wage laws.

4. The centralization of the actions in a single judicial district for coordinated or consolidated pretrial proceedings will promote the just and efficient conduct of these actions, will serve the convenience of the parties and witnesses, and will promote the interests of justice.

5. The coordination of these actions by a single court will also conserve judicial resources, reduce the costs of litigation, prevent inconsistent pretrial rulings, eliminate duplicative discovery, and, if necessary, permit the cases to proceed to trial more efficiently.

6. The Northern District of Illinois is an appropriate forum for this nationwide docket because it has the resources to manage an MDL docket, such as this one, and is as convenient a forum as any to preside over the pretrial proceedings in this matter. There is no central locus for this MDL action because the plaintiffs in each action, as well as the witnesses, key decision-makers, and potentially discoverable information in each action, are dispersed across the United States.

7. Prospect's Motion is supported by the accompanying memorandum of law, and any other pleadings, papers or other materials that may be presented in accord with the rules of the Panel.

Wherefore, Prospect respectfully requests that the Panel order that the actions pending in the accompanying Schedule of Actions, as well as any cases that may be subsequently filed asserting related or similar claims, be transferred to the Northern District of Illinois for coordinated or consolidated pretrial proceedings.

Dated: August 16, 2013 Respectfully submitted,

s/Andrew M. Paley
Andrew M. Paley
SEYFARTH SHAW LLP
One Century Plaza, Suite 3500
2029 Century Park East
Los Angeles, CA 90067-3021
Phone: (310) 277-7200
Fax: (310) 201-5219
apaley@seyfarth.com

*Counsel for Prospect Mortgage, LLC*

3